McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARNAIL MEHROK,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants. | CV 08 CV S 665 LEW KJM<br><br>**STIPULATION RE:<br>REMAND AND RESPONDENTS'<br>ANSWER AND<br> ORDER** |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application.  The delay in the agency adjudication of the application was in the Federal Bureau of Investigations' (FBI) processing of the background name check.  As of the time of this filing, the name check is now complete, and the agency is prepared to adjudicate the application.  Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b).  Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 60 days from the date of the order of remand.  In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

Dated: April 28, 2008                               Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Respondents

By:   /s/ Jonathan Myles Kaufman
      Jonathan Myles Kaufman
      Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

IT IS SO ORDERED.

DATED: April 28, 2008

/s/ Ronald S. W. Lew
UNITED   STATES   DISTRICT   JUDGE